8

From: The District Court of the Eleventh Judicial District. County of Flathead.

STATE OF MONTANA, Plaintiff, vs. JERRY ARNOLD ERETH, Defendant.

NO. 2811

## DECISION

The application of the above-named defendant for a review of the sentence of four years, imposed on October 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be and remain as originally imposed by the sentencing court.

The reason for the above decision is that the sentence appears proper and sufficiently lenient in that defendant was convicted of first degree burglary punishable by not less than 1 nor more than 15 years imprisonment, yet received a sentence of but 4 years with 24 days jail time credit after 2 violations of what originally was a 3 years deferred imposition of sentence, and will be eligible for parole consideration in July, 1969, after being received October 15, 1968.

DATED this 7th day of April, 1969.

SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.

From: The District Court of the Seventh Judicial District. County of Richland.

STATE OF MONTANA, Plaintiff, vs. DELMOND MARVIN HAAK-ENSON, Defendant.

NO. 1041-C

## DECISION

The application of the above-named defendant for a review of the sentence of four years, imposed on November 13, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be and remain as originally imposed by the sentencing court.

The reason for the above decision is that the sentence appears proper and sufficiently lenient in that defendant was convicted of uttering a fraudulent check punishable by not more than 5 years imprisonment or by a fine of not more than $5000, or both, yet received but a 4 year sentence with 44 days jail time credit, and will be eligible for parole consideration in July, 1969, after being received November 15, 1968, although the sentencing judge at least once deferred imposition of sentence.

DATED this 7th day of April, 1969.

SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.